# EXHIBIT E

# PEDIATRIC LEAD EXPOSURE IN FLINT, MICHIGAN: A FAILURE OF PRIMARY PREVENTION

Mona Hanna-Attisha MD MPH FAAP

Hurley Children's Hospital

Michigan State University Department of Pediatrics and Human Development

MICHIGAN STATE UNIVERSITY
College of Human Medicine





HURLEY
CHILDREN'S
HOSPITAL

MICHIGAN STATE
U N I V E R S I T Y
College of Human Medicine

# Results of Pediatric Blood Lead Levels (BLL)

## Methods

- Data from all blood lead levels processed at Hurley Medical Center
- HMC Institutional Review Board (IRB) approved
- All children 5 years of age and younger
- Zip codes 48501-48507
- Two periods of comparison:
  - PRE-SWITCH: January 1, 2013 – September 15, 2013
  - POST-SWITCH: January 1, 2015 – September 15, 2015

- Analyzed % Elevated Blood Lead (EBL)
  - EBL = Blood lead Levels > 5 g/dL
- EBL analysis conducted based on scientific literature (most notably DC lead in water exposure)



HURLEY
CHILDREN'S
HOSPITAL

MICHIGAN STATE
UNIVERSITY
College of Human Medicine

# Blood Lead Level Analysis

- Large sample size
  - N= 1746 for Flint children (pre n=906, post n=840)
  - N= 1670 for non-Flint children (pre n=943, post n=727)

## Flint results for children 5 years and under:

PRE-SWITCH % EBL:   2.1% (consistent with MDHHS data 2.2)

POST-SWITCH % EBL:   4.0%

$p < 0.05$; STATISTICALLY SIGNIFICANT CHANGE