## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.R., as a minor through parent and
next friend Dawn Richardson, et al.,

     Plaintiffs,                                        No. 16-cv-13694

vs.                                                             Hon. Arthur J. Tarnow

Michigan Department of Education,                               Mag. J. Anthony P. Patti
Genesee Intermediate School District,
and Flint Community Schools,

     Defendants.
_____/

## STIPULATED ORDER APPROVING PARTIAL SETTLEMENT AGREEMENT AND DISMISSING CHILD FIND CLAIMS WITH PREJUDICE

The parties in the above-captioned matter have entered an agreement that resolves Plaintiffs' pending motion for preliminary injunction (Dkt. # 62) and resolves the "child find" portion of this case. The parties have requested that this Court hold a hearing to review and approve the partial settlement agreement ("Agreement") (Dkt # 115-1). The Court held such a hearing in open court on April 12, 2018. The parties presented the terms of the Agreement and asked the Court to approve it. There were no objections placed on the record. Based on the terms of the Agreement and representations of the parties and this Court being fully advised on the premises, the Court finds that:

(a)     The Agreement is fair, reasonable, and adequate, consistent with the public interest, and in furtherance of the objectives of the Individuals with Disabilities Education Improvement Act of 2004 ("IDEA"), as amended, 20 U.S.C. § 1400 et seq., and its implementing regulations;

(b)     The Agreement is in each of the minor parties' best interests;

(c)     In the Agreement, the parties have requested that the Court incorporate its terms by reference into this order and retain jurisdiction to enforce it; and

(d)     By incorporating the Agreement in full into this order, the Court retains jurisdiction to enforce the Agreement according to its terms. *202 N. Monroe, LLC v. Sower*, 850 F.3d 265, 270-71 (6th Cir. 2017).

Accordingly, IT IS HEREBY ORDERED that the Agreement (Dkt # 115-1) is APPROVED.

IT IS FURTHER ORDERED that the Agreement is incorporated in full into this Order.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the Agreement.

IT IS FURTHER ORDERED that Plaintiffs' claim under Count 1, Systemic Violation 1, of Plaintiffs' Complaint along with any other claims or allegations by Plaintiffs that Defendants have violated their "child find" obligations are dismissed with prejudice as to all Defendants.

IT IS FURTHER ORDERED that Plaintiffs' motion for preliminary injunction (Dkt. # 62) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 12, 2018

s/Arthur J. Tarnow

HON. ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE


Stipulated and Agreed to by:


By:  /s/ *Gregory G. Little*

Daniel S. Korobkin (P72842)
Kristin L. Totten (P72942)
Michael J. Steinberg (P43085)
Kary L. Moss (P49759)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org
ktotten@aclumich.org
msteinberg@aclumich.org
kmoss@aclumich.org

David G. Sciarra
Gregory G. Little
Jessica A. Levin
Education Law Center
60 Park Place, Suite 300
Newark, NJ  07102
(973) 624-1815
dsciarra@edlawcenter.org
glittle@edlawcenter.org
jlevin@edlawcenter.org

Gregory M. Starner
Lindsay M. Heck
Walter A. Ciacci
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
gstarner@whitecase.com
lindsay.heck@whitecase.com
walter.ciacci@whitecase.com


*Attorneys for Plaintiffs*

3

By:  /s/ *Donald B. Miller*

Donald B. Miller (P23419)
Brett J. Miller (P68612)
Frederick A. Berg, Jr. (P38002)
BUTZEL LONG
150 W. Jefferson, Suite 100
Detroit, MI 48226
313-225-7020
miller@butzel.com
millerbr@butzel.com
berg@butzel.com

*Attorneys for Defendant Flint
Community Schools*

By:  /s/ *Timothy Mullins*

Timothy J. Mullins
John Miller
GIARMARCO, MULLINS & HORTON,
PC
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
jmiller@gmhlaw.com

*Attorneys for Defendant Genesee
Intermediate School District*

By:  /s/ Richard Kuhl

Timothy J. Haynes (P41196)
Travis M. Comstock (P72025)
Richard S. Kuhl (P42042)
Margaret A. Bettenhausen (P75046)
Nathan A. Gambill (P75506)
Zachary C. Larsen (P72189)
Assistant Attorneys General
Michigan Department of Attorney
General
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
haynest3@michigan.gov
comstockt@michigan.gov
kuhlr@michigan.gov
bettenhausenm@michigan.gov
gambilln@michigan.gov
larsenz@michigan.gov

*Attorneys for Defendant Michigan
Department of Education*

Dated: April __, 2018

IDETROIT\000146172\0002\1859379.v3-4/11/18