UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR, et al.,

    Plaintiff,

v.

                                 Case No.: 2:16-cv-13694
                                 Hon. Arthur J. Tarnow
                                 Mag. Anthony P. Patti

MICHIGAN DEPARTMENT OF
EDUCATION, et al.,
    Defendants.

_____/

**UNOPPOSED MOTION ALLOWING
KRISTIN L. TOTTEN TO WITHDRAW AS CO-COUNSEL**

        The parties, through their counsel, agree that Kristin L. Totten may withdraw as co-counsel for plaintiffs in the above-captioned matter. Ms. Totten is leaving the American Civil Liberties Union of Michigan to work as a Civil Rights Attorney at Disability Rights Michigan. Plaintiffs will continue to be represented by the remaining attorneys who entered appearances on their behalf. Plaintiffs' counsel have contacted Defendant's counsel, and this motion is unopposed.

Respectively submitted,

/s/ Kristin L. Totten                  ___May 4, 2021_____
Kristin L. Totten (P72942)            Date

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                        /s/ Kristin L. Totten
                                        Kristin L. Totten (P72942)