UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.R., as a minor through parent and
next friend Dawn Richardson, et al.,

    Plaintiffs,

v.

Michigan Department of Education,
et al.,

    Defendants.

_____/

No. 16-CV-13694

Hon. Judith E. Levy

Mag. Judge Anthony P. Patti

## STIPULATED ORDER OF DISMISSAL

This Court, having been informed by the parties, finds as follows:

1. This Court entered an Order Approving Settlement, ECF 171, on May 12, 2021.

2. The settlement was conditioned upon court approval of the settlement agreement in *In re Flint Water Cases*, No. 5:16-cv-10444-JEL-MKM ("FWC Class Settlement") and the establishment and funding of the FWC Qualified Settlement Fund.

3. The settlement requires that funds from the FWC Qualified Settlement Fund be used to establish a special education fund to be known as the Flint Water Crisis Special Education Fund ("SEF").

4. The Order Approving Settlement requires that, consistent with the agreement of the parties, if the FWC Class Settlement is approved and the FWC Qualified Settlement is established and funded, this Court will enter an Order dismissing this case with prejudice and retaining jurisdiction for the purpose of enforcing the Settlement Agreement.

5. The settlement agreement in *In re Flint Water Cases* has since been approved, and the FWC Qualified Settlement has been established and funded.

6. Consistent with the parties' agreement and court approval, funds from the FWC Qualified Settlement have been used to establish a SEF in the amount of $9,685,944.07 for use, allocation, and distribution in accordance with the parameters, amount, timing, and other criteria set forth in the parties' mutually agreed Special Education Fund Distribution Plan. Therefore:

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or fees to any party. The Court retains jurisdiction for the purpose of enforcing the Settlement Agreement.

Date: August 8, 2024  s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Approved as to form and content:

**Plaintiffs D.R., A.K, C.D.M., C.M., J.T., N.S., J.W., C.D., D.K., M.K., O.N., D.T., D.D., C.W., and J.B., individually and on behalf of the class**

By: /s/ Gregory G. Little
    Gregory G. Little, EDUCATION LAW CENTER
    Attorneys for Plaintiffs

Dated: August 7, 2024


**Flint Community Schools**

By: /s/ Donald B. Miller
    Donald B. Miller, BUTZEL LONG
    Attorneys for Defendant Flint Community Schools

Dated: August 7, 2024


**Genessee Intermediate School District**

By: /s/ John Miller
    John Miller, GIARMARCO, MULLINS, & HORTON, P.C.
    Attorneys for Genesee Intermediate School District

Dated: August 7, 2024


**Michigan Department of Education**

By: /s/ Richard S. Kuhl
    Richard S. Kuhl, MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

Dated: August 7, 2024